■ In the Matter of MOHANGYA B. and Others, Children Alleged to be Permanently Neglected. [605 NYS2d 1008] —Order unanimously affirmed without costs. Memorandum: Petitioner's proof established by clear and convincing evidence that respondent, because of her mental illness, could not care for

her six children presently or in the foreseeable future. Thus, the proof supports Family Court's termination of respondent's parental rights. (Appeal from Order of Erie County Family Court, O'Donnell, J.—Permanent Neglect.) Present—Callahan, J. P., Pine, Lawton, Boomer and Davis, JJ.